# Court of Appeals
# of the State of Georgia

ATLANTA,  November 17, 2014

*The Court of Appeals hereby passes the following order:*

**A15D0104. JULIUS JOHNSON v. THE STATE.**

A jury found Julius Johnson guilty of numerous offenses, including rape and kidnapping, and his conviction was affirmed on appeal. See *Johnson v. State*, 195 Ga. App. 723 (394 SE2d 586) (1990). Years later, Johnson filed a motion, which the trial court construed as a motion to modify his sentence. On September 5, 2014, the trial court dismissed the motion as untimely, and Johnson filed an application for discretionary appeal from this ruling on October 17, 2014.

An application for discretionary appeal must be filed within 30 days of entry of the order to be appealed. OCGA § 5-6-35 (d); *Hill v. State*, 204 Ga. App. 582 (420 SE2d 393) (1992). We lack jurisdiction to consider an untimely application. See *Hill*, supra. Here, Johnson filed his application 42 days after the trial court's order was entered.[1] We thus lack jurisdiction, and the application is hereby DISMISSED.

---

[1] Johnson attempted to file his application on October 7, 2014, but the Court was unable to accept the filing since it did not contain a certificate of service. See Court of Appeals Rule 6. We note that an October 7 filing would also have been untimely.



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta,*_____11/17/2014_____
      *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
      *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____, *Clerk.*